UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NFL PROPERTIES LLC, et al.,<br><br>       Plaintiffs,<br><br>   v.<br><br>DOES 1 THROUGH 100,<br><br>       Defendants. | Case No. 16-cv-00474<br>*SEALED*<br><br>**ORDER RE DOE DEFENDANT SUMMONSES** |

For the reasons stated in this Court's prior order granting Plaintiffs' motion for an ex parte temporary restraining order and seizure order, see Order (dkt. 13), the Clerk of Court is ORDERED to issue the Doe defendant summonses requested by Plaintiffs pursuant to that order.

**IT IS SO ORDERED.**

Dated: February 2, 2016

JAMES DONATO
United States District Judge