**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NFL PROPERTIES LLC et al, | No. C 16–474 CRB |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| FELANNIA HUMPHRIES et al, | |
| Defendants.          / | |

The Court entered default judgment for Plaintiffs, see Order (dkt. 39), and hereby enters judgment for Plaintiffs against the Defendants named in that Order.

**IT IS SO ORDERED.**

Dated: May 11, 2016

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE